FILED
2020 Jul-22  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 5:19-cr-75-AKK-GMB |
| | ) |
| THOMAS J. DE MATTEIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's motion to dismiss, doc. 31, and the United States of America's motion to stay, doc. 33. The magistrate judge filed a report, recommending that the court deny the motions. *See* doc. 36. Neither party filed an objection to the report and recommendation. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's motion to dismiss, doc. 31, and the United States' motion to stay, doc. 33, are **DENIED.** This matter is referred back to the magistrate judge for further proceedings.

Done this the 22nd day of July 2020.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE